**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02623-LTB-CBS

MICHAEL GREEN,

      Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

      Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through his counsel of record and for his Notice of Settlement, hereby states:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by November 10, 2011.

Dated: October 21, 2011.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for the Plaintiff